JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD, <br><br> Plaintiff, <br><br> v. <br><br> CHONG B. PARK, AS TRUSTEE OF THE CHONG BUM PARK AND SHARON NAMCHO PARK LIVING TRUST; and DOES 1 to 10, <br><br> Defendants. | Case No. 2:23-cv-04999-MCS-AGR <br><br> **JUDGMENT** |

Pursuant to the Court's Order of Dismissal, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: September 11, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1